UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | CASE NO. CR16-287-JLR |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | DETENTION ORDER |
| ERIC MARQUEZ, ) | |
| ) | |
| Defendant. ) | |

<u>Offense charged</u>:     Conspiracy to Distribute Controlled Substances

<u>Date of Detention Hearing</u>:    November 8, 2016.

The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which defendant can meet will reasonably assure the appearance of defendant as required and the safety of other persons and the community.

<u>FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION</u>

1.     Defendant has been charged with a drug offense, the maximum penalty of which

is in excess of ten years. There is therefore a rebuttable presumption against defendant as to both dangerousness and flight risk, under 18 U.S.C. § 3142(e).

    2.    Defendant is a dual citizen of Mexico and the United States, with significant family ties in Mexico. There is an indication that defendant has recently wired money to Mexico and intended to move to Mexico in the near future. The AUSA alleges that defendant is the leader of this large drug conspiracy, and that he returned from Mexico to the United States only to facilitate an anticipated 40 pound methamphetamine transaction. His residence history in the United States is uneven and his proposed release address may not be suitable.

    3.    Taken as a whole, the record does not effectively rebut the presumption that no condition or combination of conditions will reasonably assure the appearance of the defendant as required and the safety of the community.

It is therefore ORDERED:

1. Defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;
2. Defendant shall be afforded reasonable opportunity for private consultation with counsel;
3. On order of the United States or on request of an attorney for the Government, the person in charge of the corrections facility in which defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and
4. The Clerk shall direct copies of this Order to counsel for the United States, to counsel

for the defendant, to the United States Marshal, and to the United State Pretrial Services Officer.

DATED this 8th day of November, 2016.

*[signature]*

Mary Alice Theiler
United States Magistrate Judge

DETENTION ORDER
PAGE -3