The Hon. James L. Robart

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ERIC MARQUEZ, et al.,<br><br>Defendants. | No. CR16-287-JLR<br><br>[~~PROPOSED~~]<br>**PROTECTIVE ORDER RESTRAINING $101,900 IN U.S. CURRENCY** |

THIS MATTER comes before the Court on the United States' Motion for Entry of a Protective Order Seeking to Restrain Certain Forfeitable Property ("Motion"), as follows:

$101,900.00 in United States currency seized from █████████████, Stanwood, Washington on November 2, 2016.

The Court, having reviewed the papers and pleadings filed in this matter, including the United States' Motion and the supporting Affidavit of Federal Bureau of Investigation Special Agent Andrew Weathers, hereby FINDS entry of a protective order restraining the above-identified property (hereafter "the Currency") is appropriate because:

Protective Order Restraining $101,900 in U.S. Currency- 1
U.S. v. Eric Marquez, et al., CR16-287-JLR

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

- The United States gave notice of its intent to pursue forfeiture of the Currency in its Second Superseding Indictment (Dkt. No. 374);
- Based on the facts set forth in Special Agent Weathers' affidavit, there is probable cause to believe the Currency is subject to forfeiture in this case; and,
- To ensure the Currency remains available for forfeiture, its continued restraint, pursuant to 21 U.S.C. § 853(e)(1), is appropriate.

NOW, THEREFORE, THE COURT ORDERS:

1. The United States' request for a protective order restraining the Currency pending the conclusion of this case is GRANTED; and,

2. The Currency shall remain in the custody of the United States, and/or its authorized agents or representatives, pending the conclusion of criminal forfeiture proceedings and/or further order of this Court.

IT IS SO ORDERED.

DATED this __11th__ day of August, 2017.

_____
THE HON. JAMES L. ROBART
UNITED STATES DISTRICT JUDGE

Presented by:

_____
MICHELLE JENSEN
Assistant United States Attorney
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, WA 98101-1271
(206) 553-2242
Michelle.Jensen@usdoj.gov

Protective Order Restraining $101,900 in U.S. Currency- 2
U.S. v. Eric Marquez, et al., CR16-287-JLR

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970